Daniel C. Barr (#010149)
Alexis E. Danneman (#030478)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
DBarr@perkinscoie.com
ADanneman@perkinscoie.com
DocketPHX@perkinscoie.com

Kathleen E. Brody (#026331)
Darrell L. Hill (#030424)
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: 602-650-1854
kbrody@acluaz.org
dhill@acluaz.org

Attorneys for Plaintiffs
J'aime Morgaine and Paul Hamilton

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| J'aime Morgaine and Paul Hamilton,<br><br>Plaintiffs,<br><br>v.<br><br>United States Congressman Paul Gosar,<br><br>Defendant. | No. 18-cv-08080-DGC<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(a), Plaintiffs hereby provide notice of voluntary dismissal of the current action.

Dated: August 3, 2018

**PERKINS COIE LLP**

By: */s/ Daniel C. Barr*
    Daniel C. Barr
    Alexis E. Danneman
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788
    DBarr@perkinscoie.com
    ADanneman@perkinscoie.com

    **ACLU Foundation of Arizona**
    Kathleen E. Brody
    Darrell L. Hill
    3707 North 7th Street, Suite 235
    Phoenix, AZ 85014
    kbrody@acluaz.org
    dhill@acluaz.org

*Attorneys for Plaintiffs*
*J'aime Morgaine and Paul Hamilton*

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Thomas G. Hungar
Kimberly Hamm
Kristin A. Shapiro
Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
Thomas.Hungar@mail.house.gov
Kimberly.Hamm@mail.house.gov
Kristin.Shapiro@mail.house.gov

*Attorneys for Defendant Paul Gosar*

*s/ Marie van Olffen*

78204-0011/140758236.1